UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.92.207.101,<br><br>            Defendant. | Case No.  25-cv-08414-HSG<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE AND PROVISIONALLY GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 16, 17 |

THIS CAUSE came before the Court upon Plaintiff's second *ex parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for March 31, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is GRANTED.  Plaintiff shall have until April 29, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for March 31, 2026 is continued to June 2, 2026 at 2:00 p.m.  The Zoom information and instructions remain the same as previously provided in Dkt. No. 6.

//

//

//

//

//

//

United States District Court
Northern District of California

The Court provisionally GRANTS Plaintiff's *ex parte* application for leave to file under seal unredacted versions of Plaintiff's First Amended Complaint, Proposed Summons, and Return of Service.  The Court will revisit whether sealing remains warranted once the Defendant has appeared in this matter.

**IT IS SO ORDERED.**

Dated:    3/10/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2