# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 73.92.207.101,

    Defendant.

Case Number: 4:25-cv-08414-HSG

Honorable Haywood S Gilliam, Jr

**ORDER ON PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)**

THIS CAUSE came before the Court upon Plaintiff's third *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for June 2, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 28, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for June 2, 2026 is continued to July 28, 2026 at 2:00 p.m.   The zoom information and instructions remain the same as previously provided in docket no. 6.

**DONE AND ORDERED**.

_____

Dated: _5/5/2026__

By: _____
**United States District Judge**
Hon. Haywood S Gilliam, Jr

1

Order on Third *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 4:25-cv-08414-HSG